**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

PHILADELPHIA INDEMNITY INSURANCE COMPANY a/s/o PARADISE RESIDENCE INC. and BERGER & BERGER, PHILADELPHIA INDEMNITY INSURANCE COMPANY a/s/o TOLENTINE ZEISER COMMUNITY LIFE CENTER, INC. and TOLENTINE ZEISER COMMUNITY LIFE CENTER, INC. individually,

Plaintiffs,

v.

BROAN-NUTONE, LLC,

Defendant,

v.

JOHNSON ELECTRIC NORTH AMERICA, INC.

Third-Party Defendant.

Civil Action No.: 1:25-cv-10326

**Discovery Order**

This matter having come before the Court for a Case Management Conference on October 8, 2026, and for all parties, having met and conferred, the Parties hereby submit the following proposed discovery plan:

1. All written discovery to be completed on or before February 12, 2027;
2. All non expert depositions to be completed on or before April 9, 2027; and
3. All expert reports shall be served no later than May 18, 2027
4. Expert depositions shall be conducted by June 4, 2027
5. All remaining discovery to be completed by June 4, 2027 .
6. Settlement conference scheduled for January 8, 2027, before Magistrate Judge Netburn

IT IS SO ORDERED, this 14th day of October, 2026.

Edgardo Ramos, U.S.D.J.